IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE S. BASEMAN, et al.,<br>      Plaintiff<br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT,<br>INC., et al.,<br>      Defendants<br>  and<br><br>PUTNAM INTERNATIONAL EQUITY FUND<br>and the PUTNAM FUNDS<br>      Nominal Defendants | CIVIL ACTION<br>NO. 03-12526 RWZ |

*FILED IN CLERK'S OFFICE*
*2003 DEC 23 A 11:28*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

## NOTICE OF ASSOCIATION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the undersigned attorney is associated as counsel for Plaintiff in the above styled matter:

Marc Durant, Esquire
Durant & Durant
325 Chestnut Street
Suite 1116, 11th Floor
Philadelphia, PA  19106

DEUTSCH WILLIAMS BROOKS
DERENSIS & HOLLAND, P.C.

Steven J. Brooks, BBO# 059140
Robert D. Hamilton, BBO# 552637
99 Summer Street
Boston, MA  02110
(617) 951-2300
rhillman@dwboston.com

Counsel:
Nicholas E. Chimicles
James R. Malone, Jr.
Denise Davis Schwartzman
Timothy N. Mathews
361 West Lancaster Avenue
Haverford, PA  19041
(610) 642-8500

December 22, 2003

DWI ID 147991v1